**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 8, 2012

No. 11-30524

Lyle W. Cayce
Clerk

DAVID CHARLES PERIO,

Plaintiff-Appellant

v.

TERREBONNE PARISH SHERIFF'S OFFICE and VERNON BOURGEOIS,

Defendants-Appellees

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-CV-00336

Before KING, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

David Charles Perio appeals from an adverse summary judgment dismissing his Title VII race discrimination and retaliation claims and his claim under 42 U.S.C. § 1983 alleging a First Amendment retaliation claim.

After a thorough review of the record, consideration of the arguments and discussion presented in the briefs, and the arguments presented orally to the Court upon submission, our de novo review convinces us that the district court correctly decided the summary judgment motion in all particulars. Further

---

[*] Pursuant to FIFTH CIRCUIT RULE 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in FIFTH CIRCUIT RULE 47.5.4.

No. 11-30524

writing on this appeal would only mirror the findings, analysis, and conclusions made in the district court, and would not aid the parties or the development of our caselaw. Accordingly, we affirm the judgment of the district court essentially for the reasons stated in its Order and Reasons for Summary Judgment issued April 29, 2011.

AFFIRMED.